UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | DR:06-CR-00718(1)-AM |
| | § | |
| (1) VICTOR CALDERON-MUNOZ | § | |

## AMENDED ORDER SETTING CONTESTED FINAL REVOCATION HEARING

     IT IS HEREBY ORDERED that the above entitled and numbered case is set for **CONTESTED FINAL REVOCATION HEARING** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Monday, February 07, 2011 at 03:10 PM**.

     IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

     IT IS SO ORDERED this 12th day of January, 2011.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE